**FILED**

AUG 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**IN FORMA PAUPERIS AFFIDAVIT**
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
(Insert appropriate court)

06 1531

Andre Sylvester Watts
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
    (Petitioner/Plaintiff)

                    v.          Civil Action No.:_____

United States
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
(Respondent(s)/Defendant(s))

AFFIDAVIT IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

    I, ___Andre Sylvester Watts___, being first duly sworn,
depose and say that I am the petitioner in the above entitled case;
I bring this ___Federal Tort Claim Act___
_____(identify the nature of the action); that in support of
my motion to proceed without being required to prepay fees, costs
or give security therefor, I state that because of my poverty I am
unable to prepay the costs of said proceeding or give security
therefor; that I believe I am entitled to relief.

    I further swear that the responses which I have made to
questions and instructions below are true.

1.  Are you presently employed? Yes ( ) No ( ✱✱)
    a.  If the answer is "yes," state the amount of
        salary or wages per month, and give the name
        and address of your employer.

        _____

    b.  If the answer is "no," state the date of last
        employment and the amount of salary and wages
        per month which you received.

        _____

2.  Have you received within the past twelve months any money
    from any of the following sources?
    a.  Business or profession or form of self-
        employment? Yes ( ) No (✱✱)
    b.  Rent payments, interest or dividends?
        Yes ( ) No ( )
    c.  Pensions, annuities or life insurance
        payments? Yes ( ) No (✱✱)
    d.  Gifts or inheritances? Yes ( ) No ( ✱✱)
    e.  Any other sources? Yes ( ) No (✱✱ )

If the answer to any of the above is "yes," describe each source of
money and state the amount received from each during the past
twelve months. _____

**RECEIVED**

_____

3.  a.  What in the current balance AUG 3 0 2006 prison spend
        account? ___See attached___

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3

b.   Do you have any money in any other prison account or regular bank account? Yes (   ) No ( ** ).  If you answered yes identify the account(s) and state the balance(s).

_____

_____

_____

4.   Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? Yes (   ) No ( ** )

If the answer is "yes," describe the property and state its approximate value. _____

5.   List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. _____

_____

6.   List all of your prior cases that were dismissed as frivolous, malicious or failed to state a claim upon which relief could be granted, _i.e._, pursuant to Fed. R. Civ. 12(b)(6)._____

_____
_____
_____
_____
_____
_____
_____
_____
_____

7.   Complete number 7 **only if your case has been dismissed.** List the issues you intend to present on appeal. _____

_____
_____
_____
_____

The failure to complete the **entire** affidavit will result in the immediate termination of the action.  If more room is need for any response, please attach additional pages.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
                         (Date)

                                    _____
                                        (Signature)