UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDRE SYLVESTER WATTS,<br>#13799083<br>USP - Lee - POB 305<br>Jonesville, Virginia 24263-0305<br><br>           Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-1531 (RJL)<br>)<br>)<br>)<br>)<br>)<br>) |

## Praecipe

Defendant requests that the Clerk of the Court please enter the appearance of Assistant United States Attorney Megan L. Rose as counsel for defendant in the above-captioned case.

Respectfully submitted,

_____
MEGAN L. ROSE
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th St., N.W., Room E4220
Washington, D.C. 20530
(202) 514-7220

Dated: November 13, 2006

## CERTIFICATE OF SERVICE

I certify that the foregoing **Praecipe** was served upon plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

**ANDRE S. WATTS**
**#13799083**
**United States Penitentiary - Lee County**
**P.O.B. 305**
**Jonesville, Virginia   24263-0305**

on this   13th   day of November, 2006.


_____
MEGAN L. ROSE
Assistant United States Attorney
Judiciary Center Building - Civil Division
555 4th Street, NW
Washington, D.C. 20530