# Exhibit I

Exhibit

CLOSED

# U.S. District Court
# Eastern District of Virginia (Alexandria)
## CIVIL DOCKET FOR CASE #: 1:02-cv-00432-CMH

Watts v. Garraghty, et al
Assigned to: District Judge Claude M. Hilton
Demand: $0
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 03/25/2002
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

Andre Sylvester Watts      represented by   Andre Sylvester Watts
FCI Allenwood
PO Box 2000
White Deer, PA 17887-2000
PRO SE

**Defendant**

David Garraghty

**Defendant**

Tammey Brown

**Defendant**

Dana Kinsley

**Defendant**

(Unknown) Dugger

| Date Filed | # | Docket Text |
|---|---|---|
| 03/25/2002 | 1 | Prisoner complaint administratively filed by Andre Sylvester Watts (clerk) (Entered: 03/26/2002) |
| 03/25/2002 | 2 | MOTION by Andre Sylvester Watts to Proceed in Forma Pauperis (clerk) (Entered: 03/26/2002) |
| 04/15/2002 | 3 | MEMORANDUM OPINION AND ORDER, that This action is FILED solely for the administrative convenience of the Court; This action is DISMISSED for failure to state a claim, pursuant to 28 USC 1915A(b)(1); Pltf is ADVISED that, pursuant to 28 USC 1915(g), this dismissal may affect his ability to proceed forma pauperis in future civil actions; and The Clerk is DIRECTED to note the disposition of this action for purposes of the PLRA. (See Order for Details) (signed by Judge M. Hilton) Copies Mailed: yes [EOD Date: 4/16/02] (stas) Modified on 04/16/2002 (Entered: 04/16/2002) |

| | | |
|---|---|---|
| 04/15/2002 | | Dismissed pursuant to 28 USC 1915 (stas) (Entered: 04/16/2002) |
| 04/15/2002 | | Case closed (stas) (Entered: 04/16/2002) |
| 04/15/2002 | | All Pleadings Accounted for and in Order (stas) (Entered: 04/16/2002) |
| 04/25/2002 | 4 | MOTION by Andre Sylvester Watts to alter pursuant to FRCP Rule 59(e) order dated 4/15/02 , or by Andre Sylvester Watts to Amend [3-1] order dated 4/15/02 (kjon) (Entered: 04/29/2002) |
| 05/15/2002 | 5 | ORDER that pltf's [4-1,2] motion to alter pursuant to FRCP Rule 59(e) or Amend is DENIED. ( signed by Judge Claude M. Hilton ) Copies Mailed: 5.16.02 [EOD Date: 5/16/02] (agil) (Entered: 05/16/2002) |
| 06/26/2002 | 6 | NOTICE of change of Address by Andre Sylvester Watts (karn) (Entered: 07/02/2002) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/11/2006 09:51:11 | | | |
| PACER Login: | mr0338 | Client Code: | stevens |
| Description: | Docket Report | Search Criteria: | 1:02-cv-00432-CMH |
| Billable Pages: | 1 | Cost: | 0.08 |

FILED

AUG 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANDRE SYLVESTER WATTS, )
)
Plaintiff, )
)
v. ) Civil Action No. 06 1531
)
UNITED STATES, )
)
Defendant. )

**ORDER**

Plaintiff, proceeding *pro se*, has submitted the requisite financial information pursuant to 28 U.S.C. § 1915(a). Upon review of the financial information, the Court finds that Plaintiff is required to pay the statutory filing fee of $ 350.00 for this action in accordance with the provisions of 28 U.S.C. § 1915(b).

Accordingly, it is hereby

**ORDERED**, that:

1. Plaintiff is obligated to pay an initial partial filing fee of $ -0- to the Clerk of the United States District Court for the District of Columbia.

2. Plaintiff is obligated to the United States District Court for the District of Columbia for twenty percent of the preceding month's income credited to his prison account as continued partial payments on the remaining balance of the $ 350.00 filing fee.

3. The authorized institution officer shall deduct from Plaintiff's prison account the initial payment described above. The remaining payments described above shall be deducted and paid to the Clerk of the United States District Court for the District of Columbia each time

W

5

the amount in the account exceeds $10 until the filing fee is paid.

4. A copy of this Order shall be furnished to Plaintiff's place of incarceration.

5. Plaintiff's application to proceed in forma pauperis is GRANTED, except to the extent that Plaintiff is required to make the payments set forth above.

SO ORDERED.

_____
United States District Judge

DATE: 8/15/06

PROSE-PR, TYPE-I

# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:06-cv-01531-RJL

WATTS v. UNITED STATES
Assigned to: Judge Richard J. Leon
Related Cases: 1:01-cv-00284-RJL
1:06-cv-00755-RJL
1:06-cv-00777-RJL
Cause: 05:552 Right to Privacy Act

Date Filed: 08/30/2006
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: U.S. Government Defendant

**Plaintiff**

ANDRE SYLVESTER WATTS     represented by   ANDRE SYLVESTER WATTS
R13799-083
LEE COUNTY UNITED STATES
PENITENTIARY
P.O. Box 305
Jonesville, VA 24263-0305
PRO SE

V.

**Defendant**

UNITED STATES

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 08/30/2006 | 1 | COMPLAINT against UNITED STATES (Filing fee $ 0.00) filed by ANDRE SYLVESTER WATTS. (Attachments: # 1 Exhibit)(jf, ) (Entered: 09/01/2006) |
| 08/30/2006 |  | SUMMONS (2) Issued as to UNITED STATES and U.S. Attorney General (jf, ) (Entered: 09/01/2006) |
| 08/30/2006 | 2 | NOTICE OF RELATED CASE by ANDRE SYLVESTER WATTS. Case related to Case No. 01-284, 06-755 & 06-777. (jf, ) (Entered: 09/01/2006) |
| 08/30/2006 | 3 | MOTION for Leave to Proceed in forma pauperis by ANDRE SYLVESTER WATTS. (jf, ) (Entered: 09/01/2006) |
| 08/30/2006 | 4 | PRISONER TRUST FUND ACCOUNT STATEMENT for period of six months by ANDRE SYLVESTER WATTS (jf, ) (Entered: 09/01/2006) |
| 08/30/2006 | 5 | ORDER Directing Monthly Payments in the amount of $0.00 be made from Prison Account of Andre Sylvester Watts; further ordered, granting |

|  |  |  |
|---|---|---|
|  |  | 2 MOTION for Leave to Proceed in forma pauperis . Signed by Judge Richard J. Leon on 8/15/06. (jf, ) (Entered: 09/01/2006) |
| 09/12/2006 | 6 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on Attorney General. Date of Service Upon Attorney General 9/11/06., RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the US Attorney. UNITED STATES served on 9/11/2006, answer due 11/13/2006 (jf, ) (Entered: 09/13/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/11/2006 10:19:33 | | | |
| PACER Login: | mr0338 | Client Code: | stevens |
| Description: | Docket Report | Search Criteria: | 1:06-cv-01531-RJL |
| Billable Pages: | 1 | Cost: | 0.08 |

PROSE-PR, TYPE-F

## U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:06-cv-00755-RJL

| | |
|---|---|
| WATTS v. FEDERAL BUREAU OF PRISONS<br>Assigned to: Judge Richard J. Leon<br>Related Cases: 1:01-cv-00284-RJL<br>                1:06-cv-01531-RJL<br>Cause: 42:1983 Prisoner Civil Rights | Date Filed: 04/25/2006<br>Jury Demand: None<br>Nature of Suit: 550 Prisoner: Civil Rights<br>Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**ANDRE SYLVESTER WATTS**     represented by **ANDRE SYLVESTER WATTS**
R13799-083
LEE COUNTY UNITED STATES PENITENTIARY
P.O. Box 305
Jonesville, VA 24263-0305
PRO SE

V.

**Defendant**

**FEDERAL BUREAU OF PRISONS**     represented by **Benton Gregory Peterson**
ASSISTANT UNITED STATES ATTORNEY
Civil Division
555 Fourth Street, NW
Room E4905
Washington, DC 20530
(202) 514-7238
Fax: (202) 515-8780
Email: benton.peterson@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/25/2006 | 1 | COMPLAINT against FEDERAL BUREAU OF PRISONS filed by ANDRE SYLVESTER WATTS.(ls, ) Additional attachment(s) added on 6/1/2006 (jf, ). (Entered: 04/26/2006) |
| 04/25/2006 | | SUMMONS Not Issued as to FEDERAL BUREAU OF PRISONS (ls, ) (Entered: 04/26/2006) |
| 04/25/2006 | 2 | MOTION for Leave to Proceed in forma pauperis by ANDRE SYLVESTER WATTS. (ls, ) Additional attachment(s) added on |

District of Columbia live database - Docket Report
Case 1:06-cv-01531-RJL Document 8-6 Filed 11/13/2006 Page 9 of 10
Page 2 of 3

| | | |
|---|---|---|
| | | 6/1/2006 (jf, ). (Entered: 04/26/2006) |
| 04/25/2006 | 3 | ORDER that withiin thirty (30) days from the filing date of this order, plaintiff should provide the court with a certified copy of the plaintiff's trust fund account statement for the six-month period. Failure to comply with this order will result in dismissal of this action. Signed by Judge Reggie B. Walton on 4/19/06. (ls, ) Modified on 4/26/2006 (ls, ). Additional attachment(s) added on 6/1/2006 (jf, ). (Entered: 04/26/2006) |
| 05/31/2006 | | Case Reassigned to Judge Richard J. Leon. Judge Unassigned no longer assigned to the case. (jf, ) (Entered: 06/01/2006) |
| 05/31/2006 | 4 | PRISONER TRUST FUND ACCOUNT STATEMENT for period of six months by ANDRE SYLVESTER WATTS (jf, ) (Entered: 06/01/2006) |
| 05/31/2006 | 5 | NOTICE OF RELATED CASE by ANDRE SYLVESTER WATTS. Case related to Case No. 01-284. (jf, ) (Entered: 06/01/2006) |
| 05/31/2006 | 6 | ORDER Directing Monthly Payments in the amount of $0.00 be made from Prison Account of Andre Sylvester Watts; further ordered, granting MOTION for Leave to Proceed in forma pauperis 2. Signed by Judge John D. Bates on 5/18/06. (jf, ) (Entered: 06/01/2006) |
| 05/31/2006 | 7 | ORDER denying petition for a writ of mandamus; further ordered, that this action shall proceed as a civil action against the US Department of Justice, Federal Bureau of Prisons, pursuant to the Freedom of Information Act, and, further ordered, a copy of this order shall be served on defendant with a copy of the summons and complaint. Signed by Judge John D. Bates on 5/24/06. (jf, ) (Entered: 06/01/2006) |
| 06/13/2006 | 8 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on Attorney General. Date of Service Upon Attorney General 06/06/06., RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to FEDERAL BUREAU OF PRISONS served on 6/6/2006, answer due 8/7/2006., RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the US Attorney. FEDERAL BUREAU OF PRISONS served on 6/6/2006, answer due 8/7/2006 (jf, ) (Entered: 06/15/2006) |
| 06/29/2006 | 9 | NOTICE of Appearance by Benton Gregory Peterson on behalf of FEDERAL BUREAU OF PRISONS (Peterson, Benton) (Entered: 06/29/2006) |
| 07/03/2006 | 10 | MOTION for Summary Judgment *or in the Alternative*, MOTION to Dismiss by FEDERAL BUREAU OF PRISONS. (Attachments: # 1 Wahl Declaration)(Peterson, Benton) (Entered: 07/03/2006) |
| 07/03/2006 | 11 | NOTICE *of Filing* by FEDERAL BUREAU OF PRISONS re 10 MOTION for Summary Judgment *or in the Alternative* MOTION to Dismiss (Attachments: # 1 Motion# 2 Statement of Facts # 3 Wahl Declaration)(Peterson, Benton) (Entered: 07/03/2006) |
| 07/13/2006 | 12 | ORDER : Pursuant to Fox v. Strickland, 837 F.2d 507(D.C.Cir. 1988) the Court must take pains to advise a pro se party of the consequences of |

| | | |
|---|---|---|
| | | failing to respond to a dispositive motion. Plaintiff shall file a response to defendant's dispositive motion by 8/4/2006. Failure to respond by this date, the Court may treat the motion as conceded. Signed by Judge Richard J. Leon on 07/13/06. (tb, ) (Entered: 07/14/2006) |
| 07/14/2006 | | NOTICE: A copy of the Order 12 filed on 07/13/06 was mailed to pro se plaintiff at R13799-083, LEE COUNTY US PENITENTIARY, P.O. Box 305, Jonesville, VA 24263-0305 on 07/14/06. (tb, ) (Entered: 07/14/2006) |
| 07/17/2006 | 13 | Memorandum in opposition to re 10 MOTION for Summary Judgment *or in the Alternative* MOTION to Dismiss filed by ANDRE SYLVESTER WATTS. (jf, ) (Entered: 07/19/2006) |
| 07/18/2006 | | Set/Reset Deadlines: Plaintiff's Response to Dispositive Motions due by 8/4/2006. (whb) (Entered: 07/18/2006) |
| 07/31/2006 | 14 | REPLY to opposition to motion re 10 MOTION for Summary Judgment *or in the Alternative* MOTION to Dismiss filed by FEDERAL BUREAU OF PRISONS. (Attachments: # 1 2nd Wahl Decl.# 2 Wahl Attachment 1# 3 Wahl Attachment2# 4 Wahl Attachment3)(Peterson, Benton) (Entered: 07/31/2006) |
| 08/07/2006 | 15 | Memorandum in opposition to re 10 MOTION for Summary Judgment *or in the Alternative* MOTION to Dismiss filed by ANDRE SYLVESTER WATTS. (lc, ) (Entered: 08/09/2006) |
| 08/14/2006 | 16 | ADDITIONAL ATTACHMENT by ANDRE SYLVESTER WATTS 15 Memorandum in Opposition filed by ANDRE SYLVESTER WATTS,. (jf, ) (Entered: 08/16/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/11/2006 09:08:13 | | | |
| PACER Login: | mr0338 | Client Code: | stevens |
| Description: | Docket Report | Search Criteria: | 1:06-cv-00755-RJL |
| Billable Pages: | 2 | Cost: | 0.16 |