Certified Mail #: 7003 3110 0003 6212 5116

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

RECEIVED

DEC 2 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANDRE SYLVESTER WATTS           :
USM 13799083
USP LEE, P.O. BOX 305           :
JONESVILLE, VA 24263-0305            Civil Action No. 06-1531(RJL)

v                               :

UNITED STATES OF AMERICA        :

---

Andre Sylvester Watts(c)(r)TM   :
Secured Party/Creditor
In Propia Persona, In Esse      :
Attorney In Fact
Aggreived Party,                :   UCC-1 # 2005150282-9

            Claimant,           :   Civil Action No. 06-1531 (RJL)

                                    Within the Admirality
v                               :   28 U.S.C. § 1333

UNITED STATES OF AMERICA
ASSISTANT UNITED STATES ATTORNEY
JUDICIARY CENTER BUILDING       :
CIVIL DIVISION
555 4th ST, NW, RM E 4220       :
WASHINGTON, D.C. 20530,

            Defendant.          :

MOTION TO AMEND FEDERAL TORT CLAIM

Comes Now ANDRE SYLVESTER WATTS, debtor through his Secured Party/Creditor,

Authorize Representative, Attorney In Fact, Trade Name Owner, Holder of Due Course,

(1)

Andre Sylvester Watts, a breathing, flesh and blood man hereby move the court and in equity in accordance with your Rule 15(c)(2) of the Federal Rules of Civil Procedure to amend the federal tort claim. In support thereof, the following is submitted:

## RELEVANT FACT SUMMARY

The claimant filed in behalf of the debtor ANDRE SYLVESTER WATTS(c) a federal tort claim in the united states District Court for the District of Columbia, contending that the defendant failed to maintain an accurate file of information that later caused adverse effect to the debtor as regulated under the PRIVACY ACT, and is evidence of having done so constitutes breach of their contract causing negiglence to the debtor.

However, the defendants filed a answer on November 13, 2006 through MEGAN L. ROSE, esq, and her status is in question; nonetheless her contentions were that the claimant debtor federal tort claim should be dismissed under the provisions of the PRISONER LITIGATION REFORM ACT that had never been fully disclosed to the debtor or claimant per enactment by CONGRESS, and that debtor or claimant had never knowingly, voluntarily and intentionally waive reservation of any common law rights thereof. Additionally, the defendant asserted that the federal tort claim was within the inappropiate venue and jurisdiction and the proper venue and jurisdiction is united states District Court for the Western District of Virginia.

The claimant counter such contentions by asserting that jurisdiction is proper and so is venue, thus in the united states Court of Claims for the District of Columbia, because claimant has not entered into any statutory contract or compacts of the united states or several states, nor an Act of Congress. Therefore, claimant can invoke his common law rights of his debtor on any soil within America for redress.

<u>MEMORANDUM OF POINTS AND AUTHORITIES</u>
<u>OF LAW IN SUPPORT</u>

When sought from the court by motion, leave amend "should be freely given when justice so requires." <u>Foman v Davis</u>, 371 US 178 (1968). The Supreme Court interpreted this language as providing that leave to amend should be granted, in absence of bad faith, unless the adverse party will be prejudice by the amendment."

In the instant cause, the claimant has proffered that his debtor has exhausted the administrative remedies against the defendants and the defendants responses were inconsistent with their contract and rules and regulations, thereby breaching their contract as mandates obedience by Article 6, Clause 3 in relevant part:

> **members of the several state Legislature, and all executive and judicial officers, both of the United States and of the several states, shall be bound by Oath or Affirmation, to support this Constitution.**

The defendants will not be prejudice if the court grant the motion to amend and because the claimant intentions in filing the motion to amend in behalf of debtor is in good faith. Further, since its part of the original transactions and occurances thereof. <u>id</u>  178.

The claimant submit that the money damages sought by the debtor can be paid by the United States as it was done in <u>Carlson v Green</u>, (1980) 446 US 14, when a claimant can demonstrate negiglence by federal officials. The defendants was not only negiglent by maintaining a inaccurate file of information that adversely affected the claimant's debtor, but their contract as well, described in Article 6, Clause 3 and for that very reason, and in addition, is liable. 28 U.S.C. § 1491.

It is well - settled that the Court of Claims is the proper jurisdiction to handle claims that a agency or agent breached their contract, so transfering a case to the

Court of Claims is proper. 28 U.S.C. § 1631 in relevant part:

> whenever a civil action is filed in a court, including a petition for review of administrative action, it is noticed or filed with such court and if that court finds there is a want of jurisdiction the court shall, if it is in the interest of justice transfer that action.

The Federal Circuit has held that where "the primary thrust of a complaint is breach of contract, even if a [claim sounding in tort] would lie, the Claims Court would retain jurisdiction over the suit. "Wood v United States, 961 F.2d 195, 198 (Fed Cir. 1992) see also Awad v United States, 301 F.3d 1367 (Fed Cir. 2002)(it is well establish that where a tort claim stems from a breach of contract, the cause of action is ultimately one arising in contract, and thus is properly within the...jurisdiction of the Court of Federal Claims.

The defendants have not only breached their contracts, but have established negiglence for claimant to prevail for $ 20,000 in behalf of the debtor. Moreover, the defendants are a organization (18 U.S.C. § 18) and therefore remain bound by Article 6, Clause 3, therefore acts and omissions give rise to liability without a doubt.

Next, the defendants ask the court to dismiss the claimant debtor tort claim because he is subject to the three stike provisions of the PRISONER LITIGATION REFORM ACT. The defendant contentions are unavailing.

Firstly, a contract is not valid unless there is complete disclosure, and the offering party makes sure the accepting party of the contract consents with a full understanding of the contract. Otherwise the contract will be void ab initio and/or unenforciable. See i.e., Development Finance Corp. v Alpha Housing & Health Care, Inc, 54 F.3d 162 (1995). In that holding the court looked to the Uniform Commercial Code for definition and clarity on valid contract: (1) knowingly, (2) voluntarily and (3) intentionally. If those three aspects are satisfied, then its can be said that the contract is valid, so

long as disclosure has occured at the inception by the offering party.

The Supreme Court held in <u>Consumer Product Safety Commission v DTE Sylvania</u>, 44 US 102 (1980) that "disclosure" is essential. Therefore, the defendants did not disclose to the claimant or his debtor about the PRISONER LITIGATION REFORM ACT, which is a contract instrument that was enacted by Congress and for that reason; while also incorporating claimant Affidavit of Truth, is proof that the PRISONER LITIGATION REFORM ACT three strike aspect is inappropiate to prevail that the claimant debtor tort claim should be dismissed.

Finally, the Supreme Court said in <u>Marbury v Madison</u>, 5 US 60 (1803): Every right when withheld must have a remedy and every injury its proper redress.

Given that the claimant have proffered against defendant under their statutes and laws[1] that the Federal Court of Claims is the proper venue and jurisdiction, therefore it should be no problem at this time to grant the motion to amend, since the transaction and occurence were part of the original action filed in behalf of the debtor for redress.

This court held in <u>Jones v Greenspan</u>, 445 F.3d 53 (D.D.C. 2006) that amendments are authorize, as long as they are in relation back to the original pleading.

## CONCLUSION

Wherefore, the claimant submit that this court has ancillary jurisdiction to grant the motion to amend the tort claim action and transfer the case to the Federal Court of Claims in the DISTRICT OF COLUMBIA.

---

1. Sellers v Bureau of Prisons, 959 F.2d 307 (D.C Cir. 1992) has warned the Bureau of Prisons personel in 1992 that maintaining files of inaccurate information that adversely affects prisoners will subject the United States to liablity. The Bureau of Prisons after 14 years still are in disobedience of their contractual obligations of maintaining accurate files of information belonging to prisoners.

(5)

Further, the court should incorporate claimant UCC 1 form that demonstrate his security agreement between the debtor and security party creditor. See attached.

Date: 12/14/06

DEBTOR CONSENTED:

ANDRE SYLVESTER WATTS(c)

Without Prejudice
UCC 1 - 207

*Andre Watts (c)(R)*

Secured Party Creditor
Holder In Due Course
Trade Name Owner
UCC 2005150282-9

Sworn to before me this _____ day of _____ 2006

_____
    Notary Public

My Commission expires_____ 20_____

*Andre Watts (c)(R)*

Secured Party Creditor
Holder In Due Course
Trade Name Owner
UCC 2005150282-9

"AUTHORIZED BY THE ACT OF JULY 27, 1955,
TO ADMINISTER OATHS (18 USC 4004)."

_____
Correctional Treatment Specialist

12/14/2006
Date

(6)

## AFFIDAVIT OF MAILING

STATE OF VIRGINIA  )
                   ) ss:
COUNTY OF LEE      )

I, Andre Sylvester Watts(c)(R)TM, secured party creditor of ANDRE SYLVESTER WATTS hereby submit under penalty of perjury, 28 U.S.C. § 1746(1) without the UNITED STATES that the following mail was deposited in USP Lee mailbox:

1. UCC 1 - 2005150282-9   (Mich)
2. Motion to Amend Tort Claim

I declare under the penalty of perjury, 28 U.S.C. § 1746(1) without the UNITE STATES that the above is true, correct and completeand that this Affidavit of Mailing was executed on this ___14th___ day of __December__ 2006 whereby the above mail was deposited in the mailbox at USP Lee, Jonesville, Va 24263-0305.

CONSENTED BY DEBTOR:

ANDRE SYLVESTER WATTS(c)

Without Prejudice
UCC 1- 207

_Andre Watts (c)(R)_

Secured Party Creditor
Holder In Due Course
Trade Name Owner
UCC 2005150282-9

(7)

Certified Mail #: 7003 3110 0003 6212 5116

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

RECEIVED

DEC 2 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANDRE SYLVESTER WATTS             :
USM 13799083,
                                        Civil Action No. 06-1531(RJL)
v                                 :

UNITED STATES OF AMERICA          :

---

Andre Sylvester Watts, (c)(r)TM    :
Secured Party/Creditor
Holder-In-Due-Course                :
Trade Name Owner,

              Claimant,             :    UCC - 1 # 2005150282-9
                                         Civil Action No. 06-1531(RJL)
v
                                         Within the Admirality
UNITED STATES OF AMERICA,           :    28 U.S.C. § 1333

              Defendant.            :

---

Affidavit of Truth

---

I, Affiant Andre Sylvester Watts, sui juris, Secured Party/Creditor, Authorize Presentative, Attorney At Law, Holder In Due Course, a breathing, flesh and blood

man, depose and says; under the penalty of perjury, 28 U.S.C. § 1746(1) without the UNITED STATES:

1. I, Affiant Andre Sylvester Watts a Sovereign Citizen of America with unalienable rights, and have not knowingly, voluntarily and intentionally waive any rights to a de jure status.

2. I, Affiant is not a "person" when such defined in statutes of united states or statutes of the the several states.

3. I, Affiant Andre Sylvester Watts have not entered a contract or compact respecting Article 6, Clause 3, or any united states Constitutional amendments.

4. I, Affiant Andre Sylvester Watts reserve all natural common law rights not to be compelled to perform under contract that I did not enter or indorse into knowingly, voluntarily and intentionally.

5. I, Affiant Andre Sylvester, cancel, revoke or rescind any document signed that did not provide full disclosure, prior or proceedingly when of age of consent.

6. I, Affiant Andre Sylvester Watts am not a "resident of an inhabitant of, franchise of, a subject of , a ward of, the property of, the chattel of , or subject to the jurisdiction of" "any corporate federal government, corporate state government, corporate county government, corporate city government, or corporate county government, corporate city government, corporate municipal body politic created under the authority of the u.s. Constitution.

7. I, Affiant Andre Sylvester Watts submit that absence of proof that Affiant is subject to the jurisdiction of any Legislative Enactment, Executive Branch of Government, Constitution or other Social contract or compact, thereby making any presumption void an initio.

CONSENTED BY DEBTOR _ANDRE WATTS_
SIGNATURE OF SECURED PARTY/CREDITOR _Andre Watts(c/R)_   UCC _2005150282-9_

Sworn to before me _____ day of _____ 2006

_____

      Notary Public

My Commission expires_____20_____

*Andre Watts (c)(R)*
_____
            Secured Party/Creditor

"AUTHORIZED BY THE ACT OF JULY 27, 1955,
TO ADMINISTER OATHS (18 USC 4004)."

*A Hall*
_____
     Correctional Treatment Specialist

*12/14/06*
_____
           Date

Michigan Department of State – Uniform Commercial Code

2005150282-9    08/24/05 05:00 PM

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

    Andre-Sylvester: Watts(R)
    P.O. Box 305
    United Sates Penitentiary, Lee County
    Jonesville, Va 24263-0305

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | ANDRE SYLVESTER WATTS | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| P.O. BOX 305 | JONESVILLE | VA | 24263 | USA |
| 1d. SEE INSTRUCTIONS | ADDL INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
| 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 | | CORPORATION | PRIVATE | F.B.I. #166270w2 ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

(blank)

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| Watts | Andre- Sylvester: | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| In care of: P.O. Box 305 | Jonesville | Va | 24263 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

The DEBTORS, are herewith in the Commercial Registry, and the following property is herewith registered in the Commercial Registry: MICHIGAN DEPARTMENT OF STATE, UCC. SEC. P.O. BOX 30197, LANSING MICHIGAN. ORIGINAL CERTIFICATE of BIRTH, CERTIFICATE OF LIVE BIRTH, and any other CERTIFICATE(s) OF BIRTH STANDARD CERTIFICATE OF LIVE BIRTH, STANDARD CERTIFICATE OF LIVE BIRTH," NOTIFICATION OF BIRTH REGISTRATION, "NOTIFICATION OF REGISTRATION OF BIRTH, CERTIFICATE OF REGISTRATION OF BIRTH, "CERTIFICATE OF BIRTH REGISTRATION, "and ACTUAL BIRTH RECORD, (in it's actual and true form) or otherwise title birth documents, whether city, state, federal or other-either ascribed to or derived from the name of DEBTOR OR BASED upon the above described CERTIFICATE OF BIRTH: U..C.C. § 1-207. TOTAL VALUE OF INSTRUMENTS: $ 1,000,000.00... TOTAL VALUE OF COLLATERAL IN SECURITY AGREEMENT: $ 100,000,000,000,000,000,000,000,000,000,000,000,000,000,000, 000, 000,000.00

**5. ALTERNATIVE DESIGNATION [if applicable]:** ☐ LESSEE/LESSOR  ☐ CONSIGNEE/CONSIGNOR  ☐ BAILEE/BAILOR  ☐ SELLER/BUYER  ☐ AG. LIEN  ☐ NON-UCC FILING

**6.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.    Attach Addendum [if applicable]    **7.** Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional]    ☐ All Debtors  ☐ Debtor 1  ☐ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**    The parties are governed by UCC § 1-102

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)