UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED

JAN 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANDRE SYLVESTER WATTS  :
#13799083
USP- Lee- POB 305  :
Jonesville, Va 24263-0305,

     Claimant/Plaintiff,  :

v    Civil Action No. 06-1531(RJL)
     :
UNITED STATES OF AMERICA,   Within the Admirality
     28 U.S.C. § 1333
     Respondent/ Defendant.  :   UCC 1- 2005150282-9

## SWORN AFFIDAVIT

I, ANDRE SYLVESTER WATTS(c)(R)TM first duly swear under the penalty of perjury, 28 U.S.C. § 1746(1) without the UNITED STATES deposes and says:

1. Security is now posted to satisfy the fee and/or cost of filing the Federal Tort Claim in the above civil action number 06-1531(RJL).

2. There is no recollection of how many actions that were filed by ANDRE SYLVESTER WATTS a fiction of a CORPORATION, instead of his Secured Party/Creditor, Authorize Representative, Attorney In Fact.

3. The district court has jurisdiction under 28 U.S.C. § 1333 to entertain a civil action in whatever jurisdiction the claimant files and be claiming that his vessel has been violated upon by a CORPORATION of their former signatory to the contract and compact of the CORPORATION.

4. The defendants have violated their own rules and regulations when they did not maintain accurate file of information, therefore, violated their contract to perform

within the scope of their rules and regulations that are promulgated by an Act of Congress (5 U.S.C. § 553) and the U.S. Department of Justice, 28 CFR 513 et seq and 28 CFR 543 et seq and the U.S. Department of Justice holds a sub-agent a Bureau of Prison Official to high standards of conduct during the performance of their capacity within the Federal Bureau of Prison. See Program Statement 3420.09.

5. The defendants have breached their contract when they were negiglent in not maintaining a accurate file of information.

6. For the foregoing reasons the court have exclusive jurisdiction to transfer the case to the Federal Court of Claims and retain jurisdiction for purposes of the Federal Tort Claims Act portion of the civil action.

7. It would not be in the interest of any person in the Western District of Virginia when neither of them would have to make court appearances and could answer interrogatories, admissions through the mail and also answer deposition under oath over the telephone, therefore, it would be no logical reason to transfer the case.

8. The district court has exclusive jurisdiction to grant a motion to amend a pleading that's in relation back to a transaction, occurence of an original pleading, so long the motion is made in good faith, as it is being done in this case, since the defendants are bound by said rules, regulation and program statements as described in the above.

Date: Jan. 19, 2007

Without Prejudice
UCC 1- 207

_Andre Sylvester Watts_ ©®™

Secured Party Creditor
Authorized Representative
Attorney In Fact
Holder In Due Course
Trade Name Owner of ANDRE SYLVESTER WATTS

Certified Mail/Bill of Lading              Exemption I.D.# 578909912

#700503900045928885

SECURITY FOR FEES OR COST
RULE E (2) (b)
BOND


I, Andre Sylvester Watts (c)(R)TM, Secured Party/Creditor/Claimant hereby POST this 'BOND' per your title 28 U.S.C. Rule E (2)(b) as 'SECURITY FOR FEES AND COST' for the CIVIL ACTION UNDER THE FEDERAL TORT CLAIM ACT: 06-1531.

PAY TO THE ORDER OF :   U.S. DISTRICT COURT CLERK
                        FOR THE DISTRICT OF COLUMBIA
                        333 CONSTITUTION AVE, NW
                        WASHINGTON, D.C. 20001

IN THE SUM CERTAIN AMOUNT: Three Hudred Fifty Five Dollars—00/cts US $ 355.00

POSTED THROUGH: Andre Sylvester Watts (c)(R)TM
                P.O. Box 305
                Jonesville, Va (Near 24263-0305)

SOURCE:   Exemption I.D. # 578909912
          UCC Contract Trust Account #578909912
          Registration Number.2005150282-9

In accord with House Joint Resolution -192 of June 5, 1933, Currently Codified in your Title 31 U.S.C. § 5118(d)(2) and UCC § 3-107(1); 4-101 and 4-214. Trustee under the bankruptcy of the U.S. is HENRY PAULSON JR. secretary of the Treasury Department. Payable on SIGHT against the above Trust Fund Account and backed by the **FULL FAITH AND CREDIT** of the United States of America, Article IV, Section I of the (u)nited states Constitution.

Remitter:                        _Andre Sylvester Watts (c)(R)TM_
                                 Without Recource UCC § 3-415

Autographed on this 19 day of Jan 2007.
                                 _Andre Sylvester Watts (c)(R)TM_
                                 Andre Sylvester Watts(c)(R)
                                 EIN#578909912

Certified Mail/Bill of Lading # 70050390000459298885

## SUPPLEMENTAL RULES CERTAIN
## ADMIRALITY AND MARITIME CLAIM
## RULE E (7)

I, Andre Sylvester Watts, (c)(R)TM Secured Party/Creditor, HEREBY POST this SECURITY ON THE CIVIL ACTION UNDER THE FEDERAL TORT CLAIM ACT: 06-1531(RJL), per Title 28 U.S.C. 2041 and Rule 67 of the Federal Rules of Civil Procedures.

PAY TO THE ORDER OF:   U.S. DISTRICT COURT CLERK
                       333 CONSTITUTION AVE, NW
                       WASHINGTON, D.C. 2001

IN THE SUM CERTAIN AMOUNT OF: Ten Billion United States Dollars--100/00cts US$10,000,000,000.00

Exemption I.D. #578909912
UCC Contract Trust Account #578909912


POSTED THROUGH: Andre Sylvester Watts(c)(R)TM
                P.O. Box 305
                Jonesville, Va [24263-0305]

This BOND is to be placed in the Courts Registry maintained at the U.S. Treasury Department, per your Title 28 U.S.C. § 2041 and Rule 67 of your Federal Rules of Civil Procedures. This BOND shall have a Priority value in the sum certain amount of:US$10,000,000,000.00 --Ten Billion United States Dollars and Zero Cents. For any and all fees and cost, security associated with the attached 'CIVIL ACTION UNDER THE FEDERAL TORT CLAIM ACT: 06-1531(RJL) associated with the attached CIVIL ACTION UNDER THE FEDERAL TORT CLAIM ACT.'

In accord with HOUSE JOINT RESOLUTION-192 of June 5, 1933, currently Codified in your Title 31 U.S.C. § %!!*(d)(2), UCC § 3-107(1); 4-101; 4-214. Trustee under the Bankruptcy is Henry Paulson Jr. Secretary of the U.S. Treasury Department. PAYABLE on

SIGHT against mentioned Trust Fund Account and backed by the FULL FAITH & CREDIT of the (u)nited states of America, Article IV Section I.

Reservation of all rights of recoupment and reimburstments as a accomodation party, under UCC 3-419(f) and Title 28 U.S.C. § 2042 of the Federal Rule of Civil Procedures, your Law.

Remitter:

*Andre Sylvester Watts* (c)(R)TM

Andre Sylvester Watts,(c)(R)TM
Without Recourse UCC § 3-415
Without Prejudice UCC § 1-207
All Rights Reserved
Attorney-In-Fact on Behalf of
ANDRE SYLVESTER WATTS

Certified Receipt No. 70050390000459298885

## PROOF OF SERVICE
## AFFIDAVIT OF MAILING

I _Andre Sylvester Watts (c)(R)_ (c)(R) sui juris, hereinafter "Claimant" hereby certify that the enclosed: Proof of Service & Affidavit of Mailing; Sworn Affidavit in relation to Civil Action No. 06-1531(RJL); Security For Fees or Cost Rule E (2)(b) Bond; has been sealed in a envelope addressed to:

united states District Court
For The District of Columbia
333 Constitution Ave, NW
Washington, D.C. 2001

The above is true, correct and complete under the penalty of perjury, 28 U.S.C. § 1746(1) with the united states and with claimant's **UNLIMITED LIABILITY** executed this ___19th___ day of ___January___ 2007.

DEBTOR: <u>ANDRE SYLVESTER WATTS</u>

**Without Prejudice** UCC § 1 - 207
All Rights Reserved (c)
Authorize Representation
Attorney In Fact

_Andre Sylvester Watts (c)(R)_
Andre-Sylvester: Watts(c)(R)
Secured Party Creditor
In behalf of Debtor ANDRE SYLVESTER WATTS, eng legis
UCC 1- 2005150282-9