UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
SEP 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANDRE SYLVESTER WATTS,    )
                          )
            Plaintiff,    )
                          )
v.                        )   Civil Action No. 06-1531 (RJL)
                          )
UNITED STATES,            )
                          )
            Defendant.    )

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that Defendant's Motion to Stay Proceedings Pending Plaintiff's Payment of Full Filing Fees Under the PLRA, or in the Alternative, to Transfer [#8] is DENIED. It is further

ORDERED that plaintiff's motion to amend [#9] is DENIED. It is further

ORDERED that the August 30, 2006 Order granting plaintiff's *in forma pauperis* application [#5] is VACATED. Within 30 days of entry of this Order, plaintiff shall pay in full to the Clerk of Court the $350 filing fee. If plaintiff fails to make such payment timely, the Court will dismiss this civil action without prejudice to refiling upon payment in full of the filing fee.

SO ORDERED.

RICHARD J. LEON
United States District Judge

Date:

9/14/07

