UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 7 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| ANDRE SYLVESTER WATTS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES, )<br>)<br>Defendant. ) | Civil Action No. 06-1531 (RJL) |

### ORDER

It is hereby

ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to pay in full the $350 filing fee within the time period set forth in the Court's Order entered on September 27, 2007.

SO ORDERED.

Date:
12/5/07

_____
RICHARD J. LEON
United States District Judge

